IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EILRICH,

        Plaintiff,                                        CIV S-09-2697 KJM

    vs.

MICHAEL J. ASTRUE,                           ORDER
Commissioner of Social Security,

        Defendant.
_____/

        Plaintiff has responded to the February 2, 2010 order to show cause and has submitted the requisite documents to the United States Marshal for service of summons. Good cause appearing, IT IS HEREBY ORDERED that the order to show cause is discharged.

DATED: March 10, 2010.

                                                   U.S. MAGISTRATE JUDGE

006
eilrich.dis

1