IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC EILRICH,

      Plaintiff,                          CIV 09-2697 KJM

   vs.

MICHAEL J. ASTRUE,                <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

       Plaintiff has submitted new evidence outside the evidentiary record and requested a voluntary remand. On July 1, 2010, defendant declined to voluntarily remand this matter. Under the scheduling order, plaintiff's motion for summary judgment was to be filed within forty-five days from notification that remand is declined. That time has now passed.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment shall be filed no later than twenty-eight days from the filed date of this order.

DATED: August 31, 2010.

                                               _____
006                                                   U.S. MAGISTRATE JUDGE
eilrich.eot