IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK WAYNE EILRICH,<br><br>   Plaintiff,<br><br> vs.<br><br>MICHAEL C. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL No.: 2:09-cv-02697-KJM<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO DEFFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Eilrich may have an extension of 30 days in which to file his reply to Defendant's Cross-Motion for Summary Judgment. Plaintiff's reply to Defendant's cross-motion for summary judgment is now due on November 30, 2010.

/

/

/

/

/

EILRICH, EXT.Reply Cross-MSJ
2:09-cv-02697-KJM

SO STIPULATED AND AGREED, this 1st day of November, 2010,

| | |
|---|---|
| Ian M. Sammis | Social Security Administration, Office of General Counsel |
| s/Ian M. Sammis/ | |
| | s/Armand D. Roth/ |
| Ian M. Sammis, attorney for MARK WAYNE EILRICH, | Armand D. Roth , Special Assistant United States Attorney and attorney for Defendant |

SO ORDERED:

Dated:  November 1, 2010.

_____
U.S. MAGISTRATE JUDGE

EILRICH, EXT.Reply Cross-MSJ
2:09-cv-02697-KJM