UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EILRICH,[1]<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | No. 2:09-cv-2697 CKD<br><br><br>ORDER |

By mandate of the United States Court of Appeals for the Ninth Circuit, filed November 4, 2013, this matter was reversed and remanded. ECF Nos. 37, 39. The appellate court concluded that the ALJ should reconsider, with the benefit of new evidence regarding an

---

[1] Marc Eilrich died on February 14, 2012. His widow, Sandra Eilrich, was substituted as appellant. See Eilrich v. SS, 11-16877 (9th Cir.), ECF No. 40. The court will order a similar substitution in the District Court. The court also notes that the attorney of record for plaintiff in this matter, Ian Sammis, died on May 29, 2011. See Spillane v. SS, 2:11-cv-1000 EFB (TEMP) (E.D. Cal.), ECF No. 17. Counselor Robert Weems purchased Mr. Sammis' Social Security law practice on November 23, 2011. Id., ECF No. 19. Although the notice of appeal filed in this case identifies Ian Sammis as the attorney for appellant, the notice of appeal was signed by Robert Weems. ECF No. 33. Although no substitution of attorney has been filed in the District Court action, it appears appropriate at this juncture to order substitution of counsel. See Eilrich v. SS, 11-16877 (9th Cir.), ECF No. 8 (Attorney Sammis substituted by Attorney Weems on appeal).

1

exploratory laparoscopy performed on plaintiff in October 2010,[2] whether plaintiff's impairment was "severe" within the meaning of the Social Security regulations prior to the expiration of his disability coverage in 2002. This matter will therefore be remanded under sentence six of 42 U.S.C. § 405(g) for consideration of the new evidence.

Accordingly, IT IS HEREBY ORDERED that:

1. Sandra Eilrich is substituted in as plaintiff.

2. Robert Weems, Weems Law Offices, 769 Center Blvd., PMB 38, Fairfax, CA 94930 415-259-0294, email: rcweems@weemslawoffices.com, is substituted in as counsel of record for plaintiff.

3. This matter is remanded to the Commissioner for further proceedings consistent with the mandate of the United States Court of Appeals for the Ninth Circuit.

Dated: November 5, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 eilrich.ss.remand

---

[2] The new evidence was submitted in connection with plaintiff's reply on the cross-motions for summary judgment. ECF Nos. 25, 27.

2