UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EILRICH,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No.  2:09-cv-2697 CKD<br><br><br>ORDER |

By mandate of the United States Court of Appeals for the Ninth Circuit, filed November 4, 2013, this matter was reversed and remanded.  ECF Nos. 37, 39.  The appellate court concluded that the ALJ should reconsider, with the benefit of new evidence regarding an exploratory laparoscopy performed on plaintiff in October 2010,[1] whether plaintiff's impairment was "severe" within the meaning of the Social Security regulations prior to the expiration of his disability coverage in 2002.  The matter was accordingly remanded under sentence six of 42 U.S.C. § 405(g) for consideration of the new evidence.  Upon remand, a new hearing was held and the ALJ rendered a decision fully favorable to the Commissioner.  Plaintiff now appeals that decision.  The parties have stipulated that this action be reopened.

---

[1] The new evidence was submitted in connection with plaintiff's reply on the cross-motions for summary judgment.  ECF Nos. 25, 27.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file the administrative transcript within ninety days.

2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases. Briefing on cross-motions for summary judgment shall proceed in accordance with the scheduling order.

Dated:  October 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 eilrich.ss.reopen