UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EILRICH,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No.  2:09-cv-2697 CKD<br><br><br><br>ORDER |

This matter was remanded under sentence six of 42 U.S.C. § 405(g) for consideration of the new evidence.  Upon remand, a new hearing was held and the ALJ rendered a decision fully favorable to the Commissioner.  The parties stipulated that this action be reopened.  The parties have now filed a stipulation indicating that the administrative proceedings have not yet become final and request that the action be returned to the court's inactive calendar.

Accordingly, IT IS HEREBY ORDERED that the October 16, 2014 order (ECF No. 42) reopening the case is vacated.  The Clerk of Court is directed to close this action.

Dated: December 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 eilrich.ss.reopen.vac