BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Sandra Eilirch,<br><br>    Plaintiff,<br><br>       v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 09-cv-02697-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE THE ADMINISTRATIVE RECORD AND ANSWER |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until June 8, 2015 to file the administrative record and an answer. This extension is requested because Defendant was unable to do so on June 5 due to computer breakdown.

                                              Respectfully submitted,

                                              /s/ Robert Weems *
                                              ROBERT WEEMS
                                              Plaintiff's Attorney
                                              * by Armand Roth by authorization

                                              BENJAMIN B. WAGNER
                                              United States Attorney
                                              DONNA L. CALVERT
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

Dated: June 8, 2015                          /s/ Armand D. Roth
                                              ARMAND D. ROTH)
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated:  June 9, 2015

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE