UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EILRICH, | No. 2:09-cv-2697 CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    Plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution due to plaintiff's failure to file a motion for summary judgment. Plaintiff has now filed the motion for summary judgment.

    Accordingly, IT IS HEREBY ORDERED that the September 9, 2015 order to show cause is discharged.

Dated: September 17, 2015

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

eilrich2697.osc.dis