Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA EILIRCH,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>          Defendant | Case No:  2:09-cv-02697-CKD<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft an optional reply brief to Defendant' summary judgment motion; and

WHEREAS, an additional extension of 21 days is appropriate to file Plaintiff's motion for her optional reply brief until November 19, 2015 is required due to limited support staff familiar with the case, and any reply by Defendant will be due December 1, 2015 as Defendant's counsel would be on leave for about a week in the second half of November, and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of all deadlines in this action.  The revised due

1

Stipulation and Order

date for the filing of the optional reply brief motion is November 19, 2015.  This is the parties' second request for additional time.


SO STIPULATED AND AGREED:

For Plaintiff:                          For Defendant:
WEEMS LAW OFFICES                        BENJAMIN B. WAGNER
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Acting Regional Chief Counsel,
                                         Region IX
                                         Social Security Administration

/s/Robert C. Weems               By:  /s/ Armand D. Roth
Robert C. Weems, Attorney for         Special Assistant United States
Plaintiff                             Attorney and Attorney for the
                                      Defendant (per e-mail)


IT IS SO ORDERED


Dated:  November 6, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order